1  | MARC J. FAGEL (Cal. Bar No. 154425)
MARK P. FICKES (Cal. Bar No. 178570)
2  | (fickesm@sec.gov)
KRISTIN A. SNYDER (Cal. Bar No. 187175)
3  | (snyderk@sec.gov)

4  | Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
5  | 44 Montgomery Street, Suite 2600
San Francisco, California  94104
6  | Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

7

8

9

10 |             UNITED STATES DISTRICT COURT

11 |           NORTHERN DISTRICT OF CALIFORNIA

12 |             SAN FRANCISCO DIVISION

13

14 | SECURITIES AND EXCHANGE COMMISSION,          Case No. CV-08-5450 CRB

15 |                 Plaintiff,

16 |         vs.                                  STIPULATION AND [PROPOSED] ORDER
TO EXTEND THE DEADLINE FOR THE
INITIAL CASE MANAGEMENT
17 | WILLIAM J. "BOOTS" DEL BIAGGIO III,          CONFERENCE

18 |                 Defendant.                   [Civ. L.R. 7-12]

19

20

21

22 |         WHEREAS, the Securities and Exchange Commission ("Commission") brought the above-

23 | titled action against William J. "Boots" Del Biaggio III ("Del Biaggio") on December 4, 2008;

24 |         WHEREAS, this Court entered Final Judgment as to all of the non-monetary relief sought by

25 | the Commission against Del Biaggio on December 12, 2008;

26 |         WHEREAS, the only remaining issue in the above-titled action is the amount of disgorgement

27 | and civil penalty to be imposed against Del Biaggio;

28

STIPULATION AND [PROPOSED] ORDER
EXTENDING CMC DATE

1    WHEREAS, Del Biaggio is scheduled to be sentenced in a related criminal action, *United*

2  *States of America v. William J. Del Biaggio III*, CR-08-874 CRB, on June 10, 2009, and such

3  sentence may include a prison term and restitution order;

4    WHEREAS, any restitution order imposed as part of Del Biaggio's criminal sentence may

5  relate to the monetary relief sought by the Commission;

6    WHEREAS, an initial Case Management Conference is scheduled to occur in the above-titled

7  matter on Friday, March 13, 2009 at 1:30 p.m. in this Court; and

8    WHEREAS, in the interest of efficiency, the parties seek to extend the date of the initial Case

9  Management Conference until July 17, 2009, at which time Del Biaggio's criminal sentence will be

10  known, and the Commission can more fully consider what additional remedies, if any, it will seek.

11  IT IS SO STIPULATED.

12  Dated:  February 25, 2009

13

14                                                                  _____
                                                                         /s/
15                                                                  Marc J. Fagel
                                                                  Mark P. Fickes
16                                                                  Kristin A. Snyder

17                                                                  Attorneys for Plaintiff
                                                                  SECURITIES AND EXCHANGE COMMISSION
18                                                                  44 Montgomery Street, Suite 2600
                                                                  San Francisco, California  94104
19                                                                  Telephone:  (415) 705-2500
                                                                  Facsimile:    (415) 705-2501

20  Dated:  February 25, 2009

21

22                                                                  _____
                                                                         /s/
23                                                                  Elliot Peters
                                                                  Eric MacMichael

24

25                                                                  Attorneys for Defendant
                                                                  WILLIAM J. "BOOTS" DEL BIAGGIO III
26                                                                  Keker & Van Nest LLP
                                                                  710 Sansome Street
27                                                                  San Francisco, California  94111
                                                                  Telephone:  (415) 391-5400
28                                                                  Facsimile:    (415) 397-7188

STIPULATION AND [PROPOSED] ORDER                    -2-
EXTENDING CMC DATE

1      PURSUANT TO STIPULATION, IT IS SO ORDERED that the initial Case Management

2  Conference in the above-titled action will be continued from Friday, March 13, 2009 to Friday, July

3  17, 2009.

4

5

6  Dated:  _February 27___, 2009      _____

7                      Charles R. Breyer
                         United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28