UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Notice of Related Cases has been filed that the following cases are related within the meaning of Crim. L.R. 8-1(b):

**CR-08-874 CRB**     **UNITED STATES OF AMERICA v. WILLIAM J. DEL BIAGGIO**

**C-08-05450 CRB**    **SEC v. WILLIAM J. DEL BIAGGIO**

**CR-09-296 JSW**     **UNITED STATES OF AMERICA v. DAVID SCOTT CACCHIONE**
   **I find that the above case is related to the cases assigned to me.   CRB**

**C-09-01259JL**      **SEC v. DAVID SCOTT CACCHIONE**
   **I find that the above case is related to the cases assigned to me.   CRB**

## ORDER

The time for filing a statement to support or oppose the Notice has passed. On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ ]     ARE NOT RELATED as defined by Crim. L.R. 8-1(b).

[X]     ARE RELATED as defined by Crim. L.R. 8-1(b).  I find, however, that reassignment to me of the action(s) currently assigned to another judge is not warranted.

[ ]     ARE RELATED as defined by Crim. L.R. 8-1(b).  Pursuant to Crim. L.R. 8-1(e), the Clerk of Court is ordered to reassign the later-filed action to the undersigned. Counsel are instructed that all future filings are to bear the initials CRB immediately after the case number. All matters presently scheduled for hearing in the reassigned case(s) are vacated and must be renoticed for hearing before the undersigned.

DATED: March 25, 2009

_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record in the cases listed above.

Richard W. Wieking, Clerk

DATED:                                              By
                                                       Deputy Clerk

Copies to:  Courtroom Deputies
            Case Systems Administrators
            Counsel of Record
Entered into Assignment Program:
            (date)