1 | MARC J. FAGEL (Cal. Bar No. 154425)
MARK P. FICKES (Cal. Bar No. 178570)
2 |   (fickesm@sec.gov)
KRISTIN A. SNYDER (Cal. Bar No. 187175)
3 |   (snyderk@sec.gov)

4 | Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
5 | 44 Montgomery Street, Suite 2600
San Francisco, California  94104
6 | Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

7 |

8 |

9 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. CV-08-5450 CRB |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR THE INITIAL CASE MANAGEMENT CONFERENCE |
| WILLIAM J. "BOOTS" DEL BIAGGIO III, | |
| Defendant. | [Civ. L.R. 7-12] |

WHEREAS, the Securities and Exchange Commission ("Commission") brought the above-titled action against William J. "Boots" Del Biaggio III ("Del Biaggio") on December 4, 2008;

WHEREAS, this Court entered Final Judgment as to all of the non-monetary relief sought by the Commission against Del Biaggio on December 12, 2008;

WHEREAS, the only remaining issue in the above-titled action is the amount of disgorgement and civil penalty to be imposed against Del Biaggio;

WHEREAS, Del Biaggio was initially scheduled to be sentenced in a related criminal action, *United States of America v. William J. Del Biaggio III*, CR-08-874 CRB, on June 10, 2009;

1    WHEREAS, Del Biaggio is now scheduled to be sentenced on July 14, 2009, and the sentence

2    he receives may include a prison term and restitution order;

3    WHEREAS, any restitution order imposed as part of Del Biaggio's criminal sentence may

4    relate to the monetary relief sought by the Commission;

5    WHEREAS, the initial Case Management Conference was scheduled to occur in the above-

6    titled matter on Friday, March 13, 2009 at 1:30 p.m. in this Court;

7    WHEREAS, the parties stipulated, and the Court ordered, to extend the date for such Case

8    Management Conference until July 17, 2009;

9    WHEREAS, in the interest of efficiency, the parties seek to extend the date of the initial Case

10   Management Conference until October 2, 2009, at which time Del Biaggio's criminal sentence will

11   be known, and the Commission can more fully consider what additional remedies, if any, it will seek.

12   IT IS SO STIPULATED.

13   Dated:  June 18, 2009

14

15                                                        _____/s/_____
                                                          Marc J. Fagel
16                                                        Mark P. Fickes
                                                          Kristin A. Snyder
17
                                                          Attorneys for Plaintiff
18                                                        SECURITIES AND EXCHANGE COMMISSION
                                                          44 Montgomery Street, Suite 2600
19                                                        San Francisco, California  94104
                                                          Telephone:  (415) 705-2500
20                                                        Facsimile:   (415) 705-2501

21   Dated:  June 19, 2009

22

23                                                        _____/s/_____
                                                          Elliot Peters
24                                                        Eric MacMichael

25                                                        Attorneys for Defendant
                                                          WILLIAM J. "BOOTS" DEL BIAGGIO III
26                                                        Keker & Van Nest LLP
                                                          710 Sansome Street
27                                                        San Francisco, California  94111
                                                          Telephone:  (415) 391-5400
28                                                        Facsimile:   (415) 397-7188

STIPULATION AND [PROPOSED] ORDER                    -2-
EXTENDING CMC DATE

1    PURSUANT TO STIPULATION, IT IS SO ORDERED that the initial Case Management

2 Conference in the above-titled action will be continued from Friday, July 17, 2009 to Friday, October

3 2, 2009.

4

5

6 Dated: _____ June 22 , 2009 _____

7                                        Charles R. Breyer
                                         United States District
8                                IT IS SO ORDERED
9
10                                   Judge Charles R. Breyer
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28