1  MARC J. FAGEL (Cal. Bar No. 154425)
   MARK P. FICKES (Cal. Bar No. 178570)
2    (fickesm@sec.gov)
   KRISTIN A. SNYDER (Cal. Bar No. 187175)
3    (snyderk@sec.gov)

4  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
5  44 Montgomery Street, Suite 2600
   San Francisco, California  94104
6  Telephone:  (415) 705-2500
   Facsimile:  (415) 705-2501

7

8

9

10                          UNITED STATES DISTRICT COURT

11                          NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13

14  SECURITIES AND EXCHANGE COMMISSION,    |   Case No. CV-08-5450 CRB

15          Plaintiff,                     |
                                           |   STIPULATION AND [PROPOSED] ORDER
16     vs.                                 |   TO EXTEND THE DEADLINE FOR THE
                                           |   INITIAL CASE MANAGEMENT
17  WILLIAM J. "BOOTS" DEL BIAGGIO III,    |   CONFERENCE
                                           |
18          Defendant.                     |   [Civ. L.R. 7-12]

19

20

21          WHEREAS, the Securities and Exchange Commission ("Commission") brought the above-

22  titled action against William J. "Boots" Del Biaggio III ("Del Biaggio") on December 4, 2008;

23          WHEREAS, this Court entered Final Judgment as to all of the non-monetary relief sought by

24  the Commission against Del Biaggio on December 12, 2008;

25          WHEREAS, the only remaining issue in the above-titled action is the amount of disgorgement

26  and civil penalty to be imposed against Del Biaggio;

27          WHEREAS, Del Biaggio was initially scheduled to be sentenced in a related criminal action,

28  *United States of America v. William J. Del Biaggio III*, CR-08-874 CRB, on June 10, 2009;

1     WHEREAS, Del Biaggio's sentencing date was postponed to July 14, 2009  and then

2   postponed a second time to September 8, 2009;

3     WHEREAS Del Biaggio was sentenced on September 8, 2009 to a 97-month prison term and

4   a restitution order of approximately $67 million;

5     WHEREAS, the restitution order imposed as part of Del Biaggio's criminal sentence relates

6   to the monetary relief sought by the Commission;

7     WHEREAS, the initial Case Management Conference was scheduled to occur in the above-

8   titled matter on Friday, March 13, 2009 at 1:30 p.m. in this Court;

9     WHEREAS, the parties stipulated, and the Court ordered, to extend the date for such Case

10  Management Conference until July 17, 2009;

11    WHEREAS, the parties stipulated, and the Court ordered, to extend the date for such Case

12  Management Conference until October 2, 2009;

13    WHEREAS, in the interest of efficiency, the parties seek to extend the date of the initial Case

14  Management Conference until December 4, 2009, at which time the Commission can more fully

15  consider what additional remedies, if any, it will seek in light of the criminal sentence imposed by the

16  Court.

17  IT IS SO STIPULATED.

18  Dated:  September 23, 2009

19

20                                    _____/s/_____
                                      Marc J. Fagel
21                                    Mark P. Fickes
                                      Kristin A. Snyder
22
                                      Attorneys for Plaintiff
23                                    SECURITIES AND EXCHANGE COMMISSION
                                      44 Montgomery Street, Suite 2600
24                                    San Francisco, California  94104
                                      Telephone:  (415) 705-2500
25                                    Facsimile:   (415) 705-2501

26

27

28

STIPULATION AND [PROPOSED] ORDER        -2-
EXTENDING CMC DATE

1

2   Dated:  September 23, 2009

3

4                                          _____/s/_____

5                                          Elliot Peters
                                           Eric MacMichael

6                                          Attorneys for Defendant
                                           WILLIAM J. "BOOTS" DEL BIAGGIO III
7                                          Keker & Van Nest LLP
                                           710 Sansome Street
8                                          San Francisco, California  94111
                                           Telephone:  (415) 391-5400
9                                          Facsimile:   (415) 397-7188

10          PURSUANT TO STIPULATION, IT IS SO ORDERED that the initial Case Management

11   Conference in the above-titled action will be continued from Friday, October 2, 2009 to Friday,

12   December 4, 2009.

13

14

15   Dated:  _ Sept. 29 _____, 2009

16

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

17

18

19

20

21

22

23

24

25

26

27

28