1  MARC J. FAGEL (Cal. Bar No. 154425)
   MARK P. FICKES (Cal. Bar No. 178570)
2   (fickesm@sec.gov)
   KRISTIN A. SNYDER (Cal. Bar No. 187175)
3   (snyderk@sec.gov)

4  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
5  44 Montgomery Street, Suite 2600
   San Francisco, California  94104
6  Telephone:  (415) 705-2500
   Facsimile:  (415) 705-2501

7

8

9

10                    UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

14  SECURITIES AND EXCHANGE COMMISSION,        Case No. CV-08-5450 CRB

15                    Plaintiff,

16        vs.                                  STIPULATION AND [PROPOSED] ORDER
                                               TO EXTEND THE DEADLINE FOR THE
                                               INITIAL CASE MANAGEMENT
17  WILLIAM J. "BOOTS" DEL BIAGGIO III,        CONFERENCE

18                    Defendant.               [Civ. L.R. 7-12]

19

20

21        WHEREAS, the Securities and Exchange Commission ("Commission") brought the above-

22  titled action against William J. "Boots" Del Biaggio III ("Del Biaggio") on December 4, 2008;

23        WHEREAS, this Court entered Final Judgment as to all of the non-monetary relief sought by

24  the Commission against Del Biaggio on December 12, 2008;

25        WHEREAS, the only remaining issue in the above-titled action is the amount of disgorgement

26  and civil penalty to be imposed against Del Biaggio;

27        WHEREAS, Del Biaggio was initially scheduled to be sentenced in a related criminal action,

28  *United States of America v. William J. Del Biaggio III*, CR-08-874 CRB, on June 10, 2009;

STIPULATION AND [PROPOSED] ORDER
EXTENDING CMC DATE

1  WHEREAS, Del Biaggio's sentencing date was postponed to July 14, 2009 and then

2 postponed a second time to September 8, 2009;

3  WHEREAS Del Biaggio was sentenced on September 8, 2009 to a 97-month prison term and

4 a restitution order of approximately $67 million;

5  WHEREAS, the restitution order imposed as part of Del Biaggio's criminal sentence relates

6 to the monetary relief sought by the Commission;

7  WHEREAS, the initial Case Management Conference was scheduled to occur in the above-

8 titled matter on Friday, March 13, 2009 at 1:30 p.m. in this Court;

9  WHEREAS, the parties have stipulated to, and the Court has ordered, several extensions of

10 time for the Case Management Conference, the most recent of which extended the date to December

11 4, 2009; and

12  WHEREAS, in the interest of efficiency, the parties seek to extend the date of the initial Case

13 Management Conference until January 8, 2010, at which time the Commission can fully consider

14 what additional remedies, if any, it will seek in light of the criminal sentence imposed by the Court.

15 IT IS SO STIPULATED.

16 Dated:  November 18, 2009

17

18         /s/

19         Marc J. Fagel
         Mark P. Fickes

20         Kristin A. Snyder

21         Attorneys for Plaintiff
         SECURITIES AND EXCHANGE COMMISSION

22         44 Montgomery Street, Suite 2600
         San Francisco, California  94104

23         Telephone:  (415) 705-2500
         Facsimile:   (415) 705-2501

24

25

26

27

28

Dated:  November 18, 2009

_____/s/_____
Elliot Peters
Eric MacMichael

Attorneys for Defendant
WILLIAM J. "BOOTS" DEL BIAGGIO III
Keker & Van Nest LLP
710 Sansome Street
San Francisco, California  94111
Telephone:  (415) 391-5400
Facsimile:   (415) 397-7188

PURSUANT TO STIPULATION, IT IS SO ORDERED that the initial Case Management

Conference in the above-titled action will be continued from Friday, December 4, 2009 to Friday,

January 8, 2010.

Dated:  ___November 19__, 2009        _____

Charles R. Breyer
United States District Judge

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA