CHAMBERS COPY OF E-FILED DOCUMENT

E-filing

MARC J. FAGEL (Cal. Bar No. 154425)
MARK P. FICKES (Cal. Bar No. 178570)
 (fickesm@sec.gov)
KRISTIN A. SNYDER (Cal. Bar No. 187175)
 (snyderk@sec.gov)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM J. "BOOTS" DEL BIAGGIO III,<br><br>Defendant. | Case No. CV-08-5450 CRB<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR THE INITIAL CASE MANAGEMENT CONFERENCE<br><br>[Civ. L.R. 7-12] |

   WHEREAS, the Securities and Exchange Commission ("Commission") brought the above-titled action against William J. "Boots" Del Biaggio III ("Del Biaggio") on December 4, 2008;

   WHEREAS, this Court entered Final Judgment as to all of the non-monetary relief sought by the Commission against Del Biaggio on December 12, 2008;

   WHEREAS, the only remaining issue in the above-titled action is the amount of disgorgement and civil penalty to be imposed against Del Biaggio;

   WHEREAS, Del Biaggio was initially scheduled to be sentenced in a related criminal action, *United States of America v. William J. Del Biaggio III*, CR-08-874 CRB, on June 10, 2009;

STIPULATION AND [PROPOSED] ORDER
EXTENDING CMC DATE

1  WHEREAS, Del Biaggio's sentencing date was postponed to July 14, 2009 and then
2  postponed a second time to September 8, 2009;

3  WHEREAS Del Biaggio was sentenced on September 8, 2009 to a 97-month prison term and
4  a restitution order of approximately $67 million;

5  WHEREAS, the restitution order imposed as part of Del Biaggio's criminal sentence relates
6  to the monetary relief sought by the Commission;

7  WHEREAS, the initial Case Management Conference was scheduled to occur in the above-
8  titled matter on Friday, March 13, 2009 at 1:30 p.m. in this Court;

9  WHEREAS, the parties have stipulated to, and the Court has ordered, several extensions of
10 time for the Case Management Conference, the most recent of which extended the date to January 8,
11 2010; and

12 WHEREAS, in the interest of efficiency, the parties seek to extend the date of the initial Case
13 Management Conference until March 19, 2010, at which time the Commission can fully consider
14 what additional remedies, if any, it will seek in light of the criminal sentence imposed by the Court.

15 IT IS SO STIPULATED.

16 Dated: December 21, 2009

_____/s/_____
Marc J. Fagel
Mark P. Fickes
Kristin A. Snyder

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile:  (415) 705-2501

STIPULATION AND [PROPOSED] ORDER       -2-
EXTENDING CMC DATE

1 | Dated: December 21, 2009

/s/
Elliot Peters
Eric MacMichael

Attorneys for Defendant
WILLIAM J. "BOOTS" DEL BIAGGIO III
Keker & Van Nest LLP
710 Sansome Street
San Francisco, California 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

PURSUANT TO STIPULATION, IT IS SO ORDERED that the initial Case Management Conference in the above-titled action will be continued from Friday, January 8, 2010, to Friday, March 19, 2010.

Dated: DEC 2 9 2009, 2009

Charles R. Breyer
United States District Judge